IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAAMONTA DUVALL BROCK**
**ADC #163035**                                                                          **PLAINTIFF**

**VS.**                             **5:19-CV-00220-BRW**

**BROWN**                                                                               **DEFENDANT**

## **JUDGMENT**

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 3rd day of July, 2019.


                                                       Billy Roy Wilson
                                                       UNITED STATES DISTRICT JUDGE